IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivanon Eugeny Nickolaevich,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Alberto Gonzales, et al.,<br><br>　　　　　Respondents. | No. CV-06-1499-PHX-PGR (LOA)<br><br>ORDER |

Pending before the Court is Magistrate Judge Anderson's Report and Recommendation wherein he concludes that the petitioner's Petition for a Writ of Habeas Corpus, in which the petitioner seeks his release from custody pending his removal, should be denied as moot inasmuch as the record establishes that the petitioner was removed to Russia on October 25, 2006. No party having objected to the Report and Recommendation[1],

IT IS ORDERED that the Magistrate Judge's Report and Recommendation

---

[1] While the petitioner's copy of the Report and Recommendation has been returned to the Court by the U.S. Postal Service as being undeliverable and unforwardable (doc. #14), that is because the petitioner has failed to provide the Court with a forwarding address at any time in the approximately three and one-half months since his deportation.

1  (doc. #13) is accepted and adopted by the Court.

2      IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas

3  Corpus pursuant to 28 U.S.C. § 2241 (doc. #1) is denied and that this action is

4  dismissed as moot.  The Clerk of the Court shall enter judgment accordingly.

5      DATED this 15th day of February, 2007.

                                        Paul G. Rosenblatt  
                                        United States District Judge